IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN STANCU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-2566-K-BN |
| | § | |
| HRI LODGING/HILTON GARDEN INN, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **GRANTS** the motion to dismiss [Dkt. No. 6] but will allow Plaintiff John Stancu an opportunity to amend his claims through an amended complaint to be filed within **21 days** of entry of this order.

Stancu must also properly serve any amended complaint on Defendant HRI Lodging, LLC (or obtain a waiver of service from HRI) and file the proof of service or waiver within **21 days** of entry of this order..

Failure to follow these directions subjects this lawsuit to dismissal without further notice.

SO ORDERED.

Signed July 18, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE